427 A.2d 1193

Commonwealth v. Teagle, Appellant.

Submitted September 13, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

The judgment of sentence is affirmed on the opinion of Judge Murray C. Goldman for the court below.